DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL S. HOOKER, BARBARA M. HOOKER** and **MICHAEL R. HOOKER,**
Appellants,

v.

**CHARLES ATKINS, JR., JERALD BAILEY, DANIEL BINZ, ANNE BINZ, WESLEY BRINKMAN, PETER GORRINGE, PHILIP HAMM, LEW HARDY, JUNE HARDY, STEPHEN HARRIS, TIM HICKEY, PETER HODGEN, JERRY HORAK, CARL JOHNS, PHILLIP JOHNSON, GREGG KARLBERG, NANCY KARLBERG, LAWRENCE KOWAL, KATHRYN KOWAL, MARCUS LOWE, ED MCCULLAH, JR., JOHN NIKANDER, SUSAN VINES, JON NOTESTEIN, JEANNE NOTESTEIN, ROBERT PORTER, GERALD SCHAEFER, DOUGLAS SCHULTZ, JAMES SHARPE, JR., STEVE SHIRLEY, VANCE VAUGHAN, KENNETH WINGEIER, CHRISTINE WINGEIER, LAWRENCE M. ABRAMSON, CAROLE JEAN JORDAN,** Indian River County Tax Collector, and **BANK OF AMERICA, N.A.,** a Delaware corporation,
Appellees.

No. 4D19-572

[November 27, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312017CA000184XXXXXX.

James P. Beadle of Spira, Beadle & McGarrell, P.A., Palm Bay, for appellant.

Louis B. Vocelle, Jr. and Alexandra McGee of Vocelle & Berg, LLP, Vero Beach, for appellee Apex Bank.

Bradley J. Davis and Lan B. Kennedy-Davis of Rumberger Kirk & Caldwell, P.A., Orlando, for appellees Charles Atkins, et al.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER, J. and PHILLIPS, CAROL-LISA, Associate Judge, concur.

*     *     *

***Not final until disposition of timely filed motion for rehearing.***